# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIMOTHY BAUMRUCK | § | Case No. 12-38168 |
| ELIZABETH BAUMRUCK | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/26/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          32,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 1,062.08 |
   | Other payments to creditors | 195.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   30,742.92 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 07/03/2013 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,950.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,950.00 , for a total compensation of $ 3,950.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2015      By:/s/GREGG SZILAGYI
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-38168 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY BAUMRUCK | | | | Date Filed (f) or Converted (c): | 09/26/2012 (f) |
| | ELIZABETH BAUMRUCK | | | | 341(a) Meeting Date: | 11/19/2012 |
| For Period Ending: | 07/22/2015 | | | | Claims Bar Date: | 07/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Deposits, CDs at State Bank Countryside Location: LaGrange, | 25,000.00 | 0.00 | | 0.00 | FA |
| 2. Mutual funds with Ameriprise financial | 160,000.00 | 0.00 | | 0.00 | FA |
| 3. Household goods, furnishings Location: In debtor's possessio | 1,000.00 | 500.00 | | 0.00 | FA |
| 4. Used clothing Location: In debtor's possession | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Term Life Insurance, Mutual of Omaha, husband is beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 6. Term Life Insurance policy with Mutual of Omaha, wife as ben | 0.00 | 0.00 | | 0.00 | FA |
| 7. Bright Start | 40,000.00 | 0.00 | | 0.00 | FA |
| 8. 51% of Etched in Stone Inc. | 0.00 | 0.00 | | 23,000.00 | FA |
| 9. 51% share in company | 0.00 | 0.00 | | 0.00 | FA |
| 10. 2006 Toyota Sienna Location: In debtor's possession | 10,000.00 | 5,200.00 | | 4,500.00 | FA |
| 11. 2005 RANGEROVER (u) | 9,000.00 | 9,000.00 | | 4,500.00 | FA |
| 12. REAL ESTATE - 2111 BIRCHWOOD AVE WILMETTE | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 13. Checking Account | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. Checking Account at Chase Bank | 400.00 | 0.00 | | 0.00 | FA |
| 15. Savings Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. Savings Account at Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 17. HOUSEHOLD GOODS (u) | 4,285.00 | 0.00 | | 0.00 | FA |
| 18. SPORTING GOODS AND EQUIPMENT (u) | 360.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,454,245.00 | $15,700.00 | | $32,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

Initial Projected Date of Final Report (TFR): 12/31/2013         Current Projected Date of Final Report (TFR): 09/01/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-38168 | Trustee Name: GREGG SZILAGYI |
| Case Name: TIMOTHY BAUMRUCK | Bank Name: Associated Bank |
| ELIZABETH BAUMRUCK | Account Number/CD#: XXXXXX0807 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX9782 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/22/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-38168 | Trustee Name: GREGG SZILAGYI |
| Case Name: TIMOTHY BAUMRUCK | Bank Name: Associated Bank |
| ELIZABETH BAUMRUCK | Account Number/CD#: XXXXXX0815 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX9782 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/22/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/13 | 8 | KEVIN JANDT | PROCEEDS OF SALE OF INTEREST IN TILE STORE | 1129-000 | $23,000.00 | | $23,000.00 |
| 06/05/13 | 10 | TIMOTHY BAUMRUCK | PAYMENT FOR AUTO PURCHASE | 1129-000 | $4,500.00 | | $27,500.00 |
| 06/05/13 | 11 | ELIZABETH BAUMRUCK | PAYMENT FOR AUTO PURCHASE | 1129-000 | $4,500.00 | | $32,000.00 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.23 | $31,986.77 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $44.29 | $31,942.48 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.49 | $31,894.99 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.42 | $31,847.57 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.83 | $31,801.74 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.28 | $31,754.46 |
| 11/19/13 | 1001 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041- | 4800-000 | | $195.00 | $31,559.46 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.69 | $31,513.77 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.86 | $31,466.91 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.79 | $31,420.12 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.19 | $31,377.93 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.65 | $31,331.28 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:     $32,000.00     $668.72

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-38168 | Trustee Name: GREGG SZILAGYI |
| Case Name: TIMOTHY BAUMRUCK | Bank Name: Associated Bank |
| ELIZABETH BAUMRUCK | Account Number/CD#: XXXXXX0815 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX9782 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/22/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.08 | $31,286.20 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.51 | $31,239.69 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.94 | $31,194.75 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.38 | $31,148.37 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.31 | $31,102.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.75 | $31,057.31 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.17 | $31,011.14 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.62 | $30,966.52 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.03 | $30,920.49 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.97 | $30,874.52 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.46 | $30,833.06 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.84 | $30,787.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                    Page Subtotals:                    $0.00          $544.06

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-38168  
Case Name: TIMOTHY BAUMRUCK  
ELIZABETH BAUMRUCK  
Taxpayer ID No: XX-XXX9782  
For Period Ending: 07/22/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0815  
CHECKING ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.30 | $30,742.92 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $32,000.00 | $1,257.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $32,000.00 | $1,257.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $32,000.00 | $1,257.08 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0807 - MONEY MARKET ACCOUNT | $0.00 | $0.00 | $0.00 |
| XXXXXX0815 - CHECKING ACCOUNT | $32,000.00 | $1,257.08 | $30,742.92 |
|  | $32,000.00 | $1,257.08 | $30,742.92 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $32,000.00 |
| Total Gross Receipts: | $32,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-38168-JPC  
Debtor Name: TIMOTHY BAUMRUCK  
Claims Bar Date: 7/3/2013  

Date: July 22, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $3,950.00 | $3,950.00 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL  60603 | Administrative | | $0.00 | $8,773.00 | $8,773.00 |
| 100 3220 | CRANE HEYMAN SIMON WELCH & CLAR<br>135 S. LaSalle Street<br>Suite 3705<br>Chicago, IL  60603 | Administrative | | $0.00 | $1,448.66 | $1,448.66 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS  60601 | Administrative | | $0.00 | $1,216.00 | $1,216.00 |
| 1 300 7100 | Eric And Julie Melulis<br>Hall Adams C/O Law Offices Of Hall Adams<br>33 North Darborn Street, Suite 2350<br>Chicago, Il 60602 | Unsecured | | $0.00 | $87,561.85 | $87,561.85 |
| 1 300 7100 | Eric and Julie Melulis<br>Hall Adams c/o Law Offices of Hall Adams<br>33 North Darborn Street, Suite 2350<br>Chicago, IL  60602 | Unsecured | AMENDS PREVIOUSLY FILED SECURED CLAIM | $0.00 | $87,561.85 | $87,561.85 |
| 2 300 7100 | Atlas Acquisitions LLC (Chase Bank USA, N.A.)<br>294 Union St.<br>Hackensack, NJ  07601 | Unsecured | | $0.00 | $40,876.52 | $40,876.52 |
| 3 350 7200 | FSB American Express Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Unsecured | | $0.00 | $1,578.83 | $1,578.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-38168-JPC  
Debtor Name: TIMOTHY BAUMRUCK  
Claims Bar Date: 7/3/2013  
Date: July 22, 2015

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>350<br>7200 | Steve Ramsey<br>1233 Colgate<br>Wilmette, Il 60091 | Unsecured | | $0.00 | $600,000.00 | $600,000.00 |
| | Case Totals | | | $0.00 | $832,966.71 | $832,966.71 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-38168
Case Name: TIMOTHY BAUMRUCK
　　　　　ELIZABETH BAUMRUCK
Trustee Name: GREGG SZILAGYI

Balance on hand　　　　　　　　　　　　　　　　　　　　　　$　　30,742.92

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 3,950.00 | $ 0.00 | $ 3,950.00 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 8,773.00 | $ 0.00 | $ 8,773.00 |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $ 1,448.66 | $ 0.00 | $ 1,448.66 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 1,216.00 | $ 0.00 | $ 1,216.00 |

Total to be paid for chapter 7 administrative expenses　　　　$　　15,387.66

Remaining Balance　　　　　　　　　　　　　　　　　　　　$　　15,355.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,438.37  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Eric and Julie Melulis | $ 87,561.85 | $ 0.00 | $ 10,468.33 |
| 2 | Atlas Acquisitions LLC (Chase Bank USA, N.A.) | $ 40,876.52 | $ 0.00 | $ 4,886.93 |
| | Total to be paid to timely general unsecured creditors | | | $ 15,355.26 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 601,578.83  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | FSB American Express Bank | $ 1,578.83 | $ 0.00 | $ 0.00 |
| 4 | Steve Ramsey | $ 600,000.00 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE