# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TIMOTHY BAUMRUCK | § | Case No. 12-38168 |
| ELIZABETH BAUMRUCK | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 PM on 09/03/2015 in Courtroom 680,

U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/28/2015          By: /s/ Gregg Szilagyi
                                                    Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL 60605

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
TIMOTHY BAUMRUCK  § Case No. 12-38168
ELIZABETH BAUMRUCK  §
 §
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 32,000.00 |
| and approved disbursements of | $ 1,257.08 |
| leaving a balance on hand of[1] | $ 30,742.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Gregg Szilagyi | $ 3,950.00 | $ 0.00 | $ 3,950.00 |
| Attorney for Trustee Fees: CRANE HEYMAN SIMON WELCH & CLAR | $ 8,773.00 | $ 0.00 | $ 8,773.00 |
| Attorney for Trustee Expenses: CRANE HEYMAN SIMON WELCH & CLAR | $ 1,448.66 | $ 0.00 | $ 1,448.66 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 1,216.00 | $ 0.00 | $ 1,216.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 15,387.66 |
| Remaining Balance | $ 15,355.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 128,438.37  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Eric and Julie Melulis | $ 87,561.85 | $ 0.00 | $ 10,468.33 |
| 2 | Atlas Acquisitions LLC (Chase Bank USA, N.A.) | $ 40,876.52 | $ 0.00 | $ 4,886.93 |
| | Total to be paid to timely general unsecured creditors | | $ | 15,355.26 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 601,578.83  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | FSB American Express Bank | $ 1,578.83 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Steve Ramsey | $ 600,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                                                            Trustee

GREGG SZILAGYI
542 SOUTH DEARBORN STREET
SUITE 1400
CHICAGO, IL  60605


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                              Case No. 12-38168-JPC
Timothy Baumruck                                                    Chapter 7
Elizabeth Baumruck
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman              Page 1 of 2                   Date Rcvd: Jul 29, 2015
                               Form ID: pdf006           Total Noticed: 59
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2015.
```
db/jdb        +Timothy Baumruck,    Elizabeth Baumruck,    2111 Birchwood Ave,    Wilmette, IL 60091-2305
20848130       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19487817      +Arnold Scott Harris PC,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
19487818      +Ashland Millwork,    c/o Stephens and Schrauth P.C.,    833 Elm Street Suite 205,
                Winnetka, IL 60093-2237
20295207      +Atlas Acquisitions LLC  (Chase Bank USA, N.A.),    294 Union St.,    Hackensack, NJ 07601-4303
19487820      +Bank of America,    c/o Ira T. Neville,    175 N. Franklin #201,    Chicago, IL 60606-1847
19487823       Biehl & Biehl,    PO Box 87410,    Carol Stream, IL  60188-7410
19487824      +Blatt, Hasenmiller, Leibsker,    125 South Wacker,    Suite 400,    Chicago, IL 60606-4440
19487829     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citibusiness/AAdvantage Card,    PO Box 688901,
                Des Moines, IA  50368-8901)
19487825       Chase Auto Finance,    PO Box 78101,    Phoenix, AZ  85062-8101
19487826      +Chase Bank,    Po Box 15298,    Wilmington, DE 19850-5298
19487827      +Chase Bank,    c/o Michael D. Fine,    131 South Dearborn 5th Floor,    Chicago, IL 60603-5520
19487828      +Chase Card,    PO Box 15145,    Wilmington, DE 19850-5145
19487830       City of Chicago,    Dept of Revenue,    PO Box 88292,    Chicago, IL  60680-1292
19487832      +City of Evanston,    Box 3214,    Milwaukee, WI 53201-3214
19487831      +City of Evanston,    Collector’s Office,    2100 Ridge Ave,    Evanston, IL 60201-2716
19487833      +Consumer Co-Op Visa,    P.O. Box 9119,    Waukegan, IL 60079-9119
19487834       Cook  County Treasurer,    PO Box 4468,    Carol Stream, IL  60197-4468
19487837      +Cultural Care Au Pair,    One Education Street,    Cambridge, MA 02141-1805
19487838      +Divi Resorts,    C/O Special Consumer Services,    6320 Quadrangle Drive #210,
                Chapel Hill, NC 27517-7890
19487839       Elizabeth Baumruck,    Wilmette, IL  60091
19586012      +Eric and Julie Melulis,    Hall Adams c/o Law Offices of Hall Adams,
                33 North Darborn Street, Suite 2350,    Chicago, IL 60602-3110
19487840       GEMB/BR,    PO Box 981404,    El Paso, TX  79998-1404
19487841      +Gist, Eric,    1427 19th street,    Manhattan Beach, CA 90266-4030
19487842      +Hall Adams LLC,    33 North Dearborn,    Suite 2350,    Chicago, IL 60602-3110
19487843      +Hillside Lumber Inc.,    526 Crescent Blvd,    Suite 316,    Glen Ellyn, IL 60137-4181
19487846      +Illinois Dematology Institute,    Box 486,    Oak Lawn, IL 60454-0486
19487849      +Jeffrey Strange,    717 Ridge,    Wilmette, IL 60091-2486
19487850      +Joanne Gleason,    1523 North Walnut Ave,    Arlington Height, IL 60004-3752
19487851     #+Julie Melulis and Eric Melulis,    1170 Scott Avenue,    Winnetka, IL 60093-1441
19487852      +Matrix Telecom,    Box 660780,    Dallas, TX 75266-0780
19487853      +Menoni & Mocogni Inc.,    2160 Skokie Valley Road,    Highland Park, IL 60035-1731
19487854      +Mitchell F. Asher,    157 North Brockway Street,    Palatine, IL 60067-5062
19487857      +Skokie Valley Material Co.,    3640 Lake Ave,    Wilmette, IL 60091-1071
19487858      +Sonnenschein Financial Service,    Dept 128,    PO Box 4115,    Concord, CA 94524-4115
19487859      +Star Island Resort & Club,    Box 3273,    Orlando, FL 32802-3273
19487860       Star Island Resort & Club,    Vacation Break Club,    PO Box 621237,    Orlando, FL  32862-1237
19487861      +State Bank of Countryside,    6734 Joliet Road,    La Grange, IL 60525-4599
19487862      +Steve Ramsey,    1233 Colgate,    Wilmette, IL 60091-1457
19487863      +Tele Collection Systems,    Dept 128,    PO Box 4115,    Concord, CA 94524-4115
19487865      +Tom Gornick,    21769 W. Vernon Ridge,    Mundelein, IL 60060-5316
19487866      +Toyota Motor Credit,    1111 W 22nd Street 420,    Oak Brook, IL 60523-1959
19487867      +Transworld Systems Inc.,    Box 17221,    Wilmington, DE 19850-7221
19487868       United Mileage Plus,    CardmemberServices,    PO Box 15123,    Wilmington, DE  19850-5123
19487869      +Verizon Wireless,    5175 Emerald Parkway,    Dublin, OH 43017-1063
19487870      +Village of Wilmette,    Parking Violation,    1200 Wilmette Ave,    Wilmette, IL 60091-2721
19487874      +Well Fargo Bank as trustee for certifica,    1200 Main Street 7th Floor,    Dallas, TX 75202-4320
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19487819       E-mail/Text: g17768@att.com Jul 30 2015 01:17:07     AT&T,    PO Box 8100,
                Aurora, IL  60507-8100
19487816      +E-mail/PDF: recoverybankruptcy@afninet.com Jul 30 2015 01:26:12      Afni,    Box 3517,
                Bloomington, IL 61702-3517
19610209      +E-mail/Text: bnc@atlasacq.com Jul 30 2015 01:17:15     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
19487836      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 30 2015 01:20:37
                Credit Collection Services,    Two Wells Ave,    Dept 913116,    Newton Center, MA 02459-3225
19487845       E-mail/Text: bankruptcy@icsystem.com Jul 30 2015 01:19:39     IC System Inc.,
                444 Highway 96 EAst,    PO Box 64437,    Saint Paul, MN 55164-0437
19487844      +E-mail/Text: bankruptcy@icsystem.com Jul 30 2015 01:19:39     IC System Inc.,
                444 Highway 96 East,    St. Paul, MN 55127-2557
19487847       E-mail/Text: cio.bncmail@irs.gov Jul 30 2015 01:17:30     IRS,    Cincinnati, OH  45999-0039
19487855      +E-mail/Text: egssupportservices@egscorp.com Jul 30 2015 01:18:58      NCO Financial,
                507 Prudential Road,    Horsham, PA 19044-2368
19487856       E-mail/Text: bankrup@aglresources.com Jul 30 2015 01:16:51     Nicor,    PO Box 0632,
                Aurora, IL  60507-0632
19487873      +E-mail/Text: collections@winnetka.org Jul 30 2015 01:20:13     Village of Winnetka,
                Utility Service,    510 Green Bay Road,    Winnetka, IL 60093-2552
```

```
District/off: 0752-1              User: froman                 Page 2 of 2                  Date Rcvd: Jul 29, 2015
                                  Form ID: pdf006              Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
19487872       E-mail/Text: collections@winnetka.org Jul 30 2015 01:20:13      Village of Winnetka,
                 Utility Billing Dept.,    510 Green Bay Road,   Winnetka, IL 60093-2563
19487871      +E-mail/Text: collections@winnetka.org Jul 30 2015 01:20:13      Village of Winnetka,
                 Michael D''Onofrio, Comm. Dev.,    510 Green Bay Road,   Winnetka, IL 60093-2552
                                                                                             TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21131389*        American Express Bank FSB,    c/o Becket and Lee LLP,   POB 3001,    Malvern PA 19355-0701
19487835*        Cook County Treasurer,    PO Box 4468,   Carol Stream, IL 60197-4468
19487822*       +Elizabeth Baumruck,    2111 Birchwood Ave,   Wilmette, IL 60091-2305
19487848*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   IRS,   Department of the Treasury,    Cincinnati, OH 45999-0039)
19487864*       +Tele-Collection Systems,   Dept 128,   PO Box 4115,    Concord, CA 94524-4115
19487821*       +Timothy Baumruck,    2111 Birchwood Ave,   Wilmette, IL 60091-2305
                                                                                   TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2015                                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2015 at the address(es) listed below:
          Adams   Hall    on behalf of Creditor Julie  Melulis dduffy@adamslegal.net
          Adams   Hall    on behalf of Plaintiff Eric  Melulis dduffy@adamslegal.net
          Adams   Hall    on behalf of Plaintiff Julie  Melulis dduffy@adamslegal.net
          Adams   Hall    on behalf of Creditor Eric  Melulis dduffy@adamslegal.net
          Gregg  Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jeffrey  Strange    on behalf of Defendant Elizabeth  Baumruck jstrangelaw@aol.com,
           bowl1901@aol.com
          Jeffrey  Strange    on behalf of Joint Debtor Elizabeth  Baumruck jstrangelaw@aol.com,
           bowl1901@aol.com
          Jeffrey  Strange    on behalf of Debtor Timothy  Baumruck jstrangelaw@aol.com,  bowl1901@aol.com
          Jeffrey  Strange    on behalf of Defendant Timothy  Baumruck jstrangelaw@aol.com,  bowl1901@aol.com
          Jennifer L. Barton    on behalf of Plaintiff Julie  Melulis jbarton@rsplaw.com
          Jennifer L. Barton    on behalf of Plaintiff Eric  Melulis jbarton@rsplaw.com
          Jennifer L. Barton    on behalf of Creditor Julie  Melulis jbarton@rsplaw.com
          Jennifer L. Barton    on behalf of Creditor Eric  Melulis jbarton@rsplaw.com
          John H Redfield    on behalf of Trustee Gregg  Szilagyi jredfield@craneheyman.com,
           mjoberhausen@craneheyman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Scott R Clar    on behalf of Trustee Gregg  Szilagyi sclar@craneheyman.com,
           mjoberhausen@craneheyman.com;asimon@craneheyman.com
          Steve  Jakubowski    on behalf of Plaintiff Julie  Melulis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Plaintiff Eric  Melulis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Creditor Julie  Melulis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Steve  Jakubowski    on behalf of Creditor Eric  Melulis sjakubowski@rsplaw.com,
           docketing@rsplaw.com
          Terri M Long    on behalf of Creditor    Specialized Loan Servicing, LLC Courts@tmlong.com
                                                                                             TOTAL: 21
```