# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| TIMOTHY BAUMRUCK | § | Case No. 12-38168 |
| ELIZABETH BAUMRUCK | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 1,189,644.00        Assets Exempt: 250,401.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 15,550.26        Claims Discharged
                                                                            Without Payment:  3,342,398.81

Total Expenses of Administration:  16,449.74

3) Total gross receipts of $ 32,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 32,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 549,283.94 | $ 195.00 | $ 195.00 | $ 195.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,449.74 | 16,449.74 | 16,449.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 21,590.83 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,056,862.10 | 730,017.20 | 730,017.20 | 15,355.26 |
| **TOTAL DISBURSEMENTS** | $ 2,627,736.87 | $ 746,661.94 | $ 746,661.94 | $ 32,000.00 |

4)  This case was originally filed under chapter 7 on  09/26/2012 .  The case was pending for 44 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/11/2016                      By:/s/GREGG SZILAGYI
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 RANGEROVER | 1129-000 | 4,500.00 |
| 2006 Toyota Sienna Location: In debtor's possession | 1129-000 | 4,500.00 |
| 51% of Etched in Stone Inc. | 1129-000 | 23,000.00 |
| TOTAL GROSS RECEIPTS | | $32,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 State Bank of Countryside 6734 Joliet Road La Grange IL 60525 | | 512,075.94 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Toyota Motor Credit 1111 W 22nd Street 420 Oak Brook IL 60523 | | 37,208.00 | NA | NA | 0.00 |
| | Creditor # : 3 Well Fargo Bank as trustee for certificate holdersBank of America 1200 Main Street 7th Floor Dallas TX 75202 | | 0.00 | NA | NA | 0.00 |
| | Representing: Well Fargo Bank as trustee for certificate holdersBank of | | 0.00 | NA | NA | 0.00 |
| 1 | Eric and Julie Melulis | 4220-000 | NA | 0.00 | 0.00 | 0.00 |
| | ILLINOIS DEPARTMENT OF REVENUE | 4800-000 | NA | 195.00 | 195.00 | 195.00 |
| **TOTAL SECURED CLAIMS** | | | $ 549,283.94 | $ 195.00 | $ 195.00 | $ 195.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 3,950.00 | 3,950.00 | 3,950.00 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 1,062.08 | 1,062.08 | 1,062.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRANE HEYMAN SIMON WELCH & CLAR | 3210-000 | NA | 8,773.00 | 8,773.00 | 8,773.00 |
| CRANE HEYMAN SIMON WELCH & CLAR | 3220-000 | NA | 1,448.66 | 1,448.66 | 1,448.66 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 1,216.00 | 1,216.00 | 1,216.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,449.74 | $ 16,449.74 | $ 16,449.74 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 City of Evanston Box 3214 Milwaukee WI 53201 | | 15.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 Cook  County Treasurer PO Box 4468 Carol Stream IL 60197-4468 | | 13,682.74 | NA | NA | 0.00 |
| | Creditor # :3 Cook County Treasurer PO Box 4468 Carol Stream IL 60197-4468 | | 6,712.40 | NA | NA | 0.00 |
| | Creditor # :4 IRS Cincinnati OH 45999-0039 | | 180.69 | NA | NA | 0.00 |
| | Creditor # :5 IRS Department of the Treasury Cincinnati OH 45999-0039 | | 1,000.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 21,590.83 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Afni Box 3517 Bloomington IL 61702 | | 80.37 | NA | NA | 0.00 |
| | Creditor # :10 Citibusiness/AAdvantage Card PO Box 688901 Des Moines IA 50368-8901 | | 89,439.38 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :11 City of Chicago Dept of Revenue PO Box 88292 Chicago IL 60680-1292 | | 250.00 | NA | NA | 0.00 |
| | Creditor # :12 City of Evanston Collector's Office 2100 Ridge Ave Evanston IL 60201 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :13 Consumer Co-Op Visa P.O. Box 9119 Waukegan IL 60079 | | 5,000.00 | NA | NA | 0.00 |
| | Creditor # :14 Credit Collection Services Two Wells Ave Dept 913116 Newton Center MA 02459 | | 113.00 | NA | NA | 0.00 |
| | Creditor # :15 Cultural Care Au Pair One Education Street Cambridge MA 02141 | | 1,487.40 | NA | NA | 0.00 |
| | Creditor # :16 Divi Resorts Operating Fees Dept. 6340 Quadrangle Drive #300 Chapel Hill NC 27514 | | 1,783.00 | NA | NA | 0.00 |
| | Creditor # :17 GEMB/BR PO Box 981400 El Paso TX 79998 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :18 Gist, Eric 1427 19th street Manhattan Beach CA 90266 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :19 Hillside Lumber Inc. 526 Crescent Blvd Suite 316 Glen Ellyn IL 60137 | | 5,776.44 | NA | NA | 0.00 |
| | Creditor # :2 Arnold Scott Harris PC 222 Merchandise Mart Plaza Suite 1932 Chicago IL 60654 | | 244.00 | NA | NA | 0.00 |
| | Creditor # :20 IC System Inc. 444 Highway 96 East PO Box 64437 | | 80.37 | NA | NA | 0.00 |
| | Creditor # :21 Illinois Dematology Institute Box 486 Oak Lawn IL 60453 | | 183.00 | NA | NA | 0.00 |
| | Creditor # :22 Joanne Gleason 1523 North Walnut Ave Arlington Height IL 60004 | | 750.00 | NA | NA | 0.00 |
| | Creditor # :23 Julie Melulis and Eric Melulis 1170 Scott Avenue Winnetka IL 60093 | | 245,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 Matrix Telecom Box 660780 Dallas TX 75266 | | 279.38 | NA | NA | 0.00 |
| | Creditor # :25 Menoni & Mocogni Inc. PO Box 128 60036-0128 | | 237.26 | NA | NA | 0.00 |
| | Creditor # :26 Mitchell F. Asher 157 North Brockway Street Palatine IL 60067 | | 2,842.00 | NA | NA | 0.00 |
| | Creditor # :27 Nicor PO Box 0632 Aurora IL 60507-0632 | | 256.75 | NA | NA | 0.00 |
| | Creditor # :28 Skokie Valley Material Co. 3640 Lake Ave Wilmette IL 60091 | | 20.55 | NA | NA | 0.00 |
| | Creditor # :29 Star Island Resort & Club Vacation Break Club PO Box 621237 Orlando FL 32862-1237 | | 860.00 | NA | NA | 0.00 |
| | Creditor # :3 Ashland Millwork c/o Stephens and Schrauth P.C. 833 Elm Street Suite 205 Winnetka IL 60093 | | 10,026.53 | NA | NA | 0.00 |
| | Creditor # :30 Star Island Resort & Club Box 3273 Orlando FL 32802 | | 3,275.26 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :31 State Bank of Countryside 6734 Joliet Road La Grange IL 60525 | | 800,000.00 | NA | NA | 0.00 |
| | Creditor # :32 Steve Ramsey 1233 Colgate Wilmette IL 60091 | | 600,000.00 | NA | NA | 0.00 |
| | Creditor # :33 Tele Collection Systems Dept 128 PO Box 4115 Concord CA 94524 | | 35.00 | NA | NA | 0.00 |
| | Creditor # :34 Tom Gornick 21769 W. Vernon Ridge Mundelein IL 60060 | | 150,000.00 | NA | NA | 0.00 |
| | Creditor # :35 Transworld Systems Inc. Box 17221 Wilmington DE 19850 | | 110.00 | NA | NA | 0.00 |
| | Creditor # :36 United Mileage Plus CardmemberServices PO Box 15123 Wilmington DE 19850-5123 | | 36,524.44 | NA | NA | 0.00 |
| | Creditor # :37 Verizon Wireless 5175 Emerald Parkway Dublin OH 43017 | | 867.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :38 Village of Wilmette Parking Violation 1200 Wilmette Ave Wilmette IL 60091 | | 35.00 | NA | NA | 0.00 |
| | Creditor # :39 Village of Winnetka Utility Billing Dept. 510 Green Bay Road Winnetka IL 60093-2563 | | 287.67 | NA | NA | 0.00 |
| | Creditor # :4 AT&T PO Box 8100 Aurora IL 60507-8100 | | 80.37 | NA | NA | 0.00 |
| | Creditor # :40 Village of Winnetka Utility Service 510 Green Bay Road Winnetka IL 60093 | | 46.43 | NA | NA | 0.00 |
| | Creditor # :41 Village of Winnetka Michael D'Onofrio, Comm. Dev. 510 Green Bay Road Winnetka IL 60093 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :5 Biehl & Biehl PO Box 87410 Carol Stream IL 60188-7410 | | 49.26 | NA | NA | 0.00 |
| | Creditor # :6 Chase Auto Finance PO Box 78101 Phoenix AZ 85062-8101 | | 19.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :7 Chase Bank c/o Michael D. Fine 131 South Dearborn 5th Floor Chicago IL 60603 | | 63,556.00 | NA | NA | 0.00 |
| | Creditor # :8 Chase Bank | | 36,472.00 | NA | NA | 0.00 |
| | Creditor # :9 Chase Card | | 795.00 | NA | NA | 0.00 |
| | Representing: AT&T | | 0.00 | NA | NA | 0.00 |
| | Representing: Citibusiness/AAdvantage Card | | 0.00 | NA | NA | 0.00 |
| | Representing: Julie Melulis and Eric Melulis | | 0.00 | NA | NA | 0.00 |
| | Representing: Nicor | | 0.00 | NA | NA | 0.00 |
| | Representing: Village of Wilmette | | 0.00 | NA | NA | 0.00 |
| | Representing: Village of Wilmette | | 0.00 | NA | NA | 0.00 |
| 2 | Atlas Acquisitions LLC (Chase Bank USA, N.A.) | 7100-000 | NA | 40,876.52 | 40,876.52 | 4,886.93 |
| 1 | Eric and Julie Melulis | 7100-000 | NA | 87,561.85 | 87,561.85 | 10,468.33 |
| 3 | FSB American Express Bank | 7200-000 | NA | 1,578.83 | 1,578.83 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Steve Ramsey | 7200-000 | NA | 600,000.00 | 600,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,056,862.10 | $ 730,017.20 | $ 730,017.20 | $ 15,355.26 |

FORM 7
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-38168 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | TIMOTHY BAUMRUCK | | | | Date Filed (f) or Converted (c): | 09/26/2012 (f) |
| | ELIZABETH BAUMRUCK | | | | 341(a) Meeting Date: | 11/19/2012 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 07/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Deposits, CDs at State Bank Countryside Location: LaGrange, | 25,000.00 | 0.00 | | 0.00 | FA |
| 2.  Mutual funds with Ameriprise financial | 160,000.00 | 0.00 | | 0.00 | FA |
| 3.  Household goods, furnishings Location: In debtor's possessio | 1,000.00 | 500.00 | | 0.00 | FA |
| 4.  Used clothing Location: In debtor's possession | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5.  Term Life Insurance, Mutual of Omaha, husband is beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 6.  Term Life Insurance policy with Mutual of Omaha, wife as ben | 0.00 | 0.00 | | 0.00 | FA |
| 7.  Bright Start | 40,000.00 | 0.00 | | 0.00 | FA |
| 8.  51% of Etched in Stone Inc. | 0.00 | 0.00 | | 23,000.00 | FA |
| 9.  51% share in company | 0.00 | 0.00 | | 0.00 | FA |
| 10.  2006 Toyota Sienna Location: In debtor's possession | 10,000.00 | 5,200.00 | | 4,500.00 | FA |
| 11.  2005 RANGEROVER (u) | 9,000.00 | 9,000.00 | | 4,500.00 | FA |
| 12.  REAL ESTATE - 2111 BIRCHWOOD AVE WILMETTE | 1,200,000.00 | 0.00 | | 0.00 | FA |
| 13.  Checking Account | 1,200.00 | 0.00 | | 0.00 | FA |
| 14.  Checking Account at Chase Bank | 400.00 | 0.00 | | 0.00 | FA |
| 15.  Savings Account | 1,000.00 | 0.00 | | 0.00 | FA |
| 16.  Savings Account at Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 17.  HOUSEHOLD GOODS (u) | 4,285.00 | 0.00 | | 0.00 | FA |
| 18.  SPORTING GOODS AND EQUIPMENT (u) | 360.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,454,245.00 | $15,700.00 | | $32,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

THIS CASE IS READY TO BE CLOSED AND A TFR WILL BE FILED IN 1Q 2015

Initial Projected Date of Final Report (TFR): 12/31/2013        Current Projected Date of Final Report (TFR): 09/01/2014

Case 12-38168    Doc 91    Filed 05/19/16    Entered 05/19/16 15:12:06    Desc Main
Document    Page 16 of 20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 12-38168 | Trustee Name: GREGG SZILAGYI | Exhibit 9 |
| Case Name: TIMOTHY BAUMRUCK | Bank Name: Associated Bank | |
| ELIZABETH BAUMRUCK | Account Number/CD#: XXXXXX0807 | |
| | MONEY MARKET ACCOUNT | |
| Taxpayer ID No: XX-XXX9782 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page Subtotals:                    $0.00        $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-38168 | | | | Trustee Name: GREGG SZILAGYI | | |
| Case Name: TIMOTHY BAUMRUCK | | | | Bank Name: Associated Bank | | |
| ELIZABETH BAUMRUCK | | | | Account Number/CD#: XXXXXX0815 | | |
| | | | | CHECKING ACCOUNT | | |
| Taxpayer ID No: XX-XXX9782 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 05/11/2016 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/13 | 8 | KEVIN JANDT | PROCEEDS OF SALE OF INTEREST IN TILE STORE | 1129-000 | $23,000.00 | | $23,000.00 |
| 06/05/13 | 10 | TIMOTHY BAUMRUCK | PAYMENT FOR AUTO PURCHASE | 1129-000 | $4,500.00 | | $27,500.00 |
| 06/05/13 | 11 | ELIZABETH BAUMRUCK | PAYMENT FOR AUTO PURCHASE | 1129-000 | $4,500.00 | | $32,000.00 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.23 | $31,986.77 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $44.29 | $31,942.48 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.49 | $31,894.99 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.42 | $31,847.57 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.83 | $31,801.74 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $47.28 | $31,754.46 |
| 11/19/13 | 1001 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041- | 4800-000 | | $195.00 | $31,559.46 |
| 12/06/13 | | Associated Bank | Technology Fee | 2600-000 | | $45.69 | $31,513.77 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.86 | $31,466.91 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.79 | $31,420.12 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.19 | $31,377.93 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.65 | $31,331.28 |

| | | | Page Subtotals: | | $32,000.00 | $668.72 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 12-38168 | Trustee Name: GREGG SZILAGYI |
|---|---|
| Case Name: TIMOTHY BAUMRUCK | Bank Name: Associated Bank |
| ELIZABETH BAUMRUCK | Account Number/CD#: XXXXXX0815 |
| | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX9782 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $45.08 | $31,286.20 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $46.51 | $31,239.69 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $44.94 | $31,194.75 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $46.38 | $31,148.37 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $46.31 | $31,102.06 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $44.75 | $31,057.31 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $46.17 | $31,011.14 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $44.62 | $30,966.52 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $46.03 | $30,920.49 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $45.97 | $30,874.52 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $41.46 | $30,833.06 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $45.84 | $30,787.22 |

Page Subtotals:                    $0.00        $544.06

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 12-38168 | | Trustee Name: GREGG SZILAGYI |
| Case Name: TIMOTHY BAUMRUCK | | Bank Name: Associated Bank |
| ELIZABETH BAUMRUCK | | Account Number/CD#: XXXXXX0815 |
| | | CHECKING ACCOUNT |
| Taxpayer ID No: XX-XXX9782 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $44.30 | $30,742.92 |
| 09/03/15 | 1002 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,950.00 | $26,792.92 |
| 09/03/15 | 1003 | CRANE HEYMAN SIMON WELCH & CLAR 135 S. LaSalle Street Suite 3705 Chicago, IL  60603 | Distribution | | | $10,221.66 | $16,571.26 |
| | | CRANE HEYMAN SIMON WELCH & CLAR | Final distribution representing a        ($8,773.00) payment of 100.00 % per court order. | 3210-000 | | | |
| | | CRANE HEYMAN SIMON WELCH & CLAR | Final distribution representing a        ($1,448.66) payment of 100.00 % per court order. | 3220-000 | | | |
| 09/03/15 | 1004 | POPOWCER KATTEN LTD. 35 EAST WACKER DRIVE CHCIAGO, ILLINOIS  60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,216.00 | $15,355.26 |
| 09/03/15 | 1005 | Eric and Julie Melulis Hall Adams c/o Law Offices of Hall Adams 33 North Darborn Street, Suite 2350 Chicago, IL  60602 | Final distribution to claim 1 representing a payment of 11.96 % per court order. | 7100-000 | | $10,468.33 | $4,886.93 |
| 09/03/15 | 1006 | Atlas Acquisitions LLC (Chase Bank USA, N.A.) 294 Union St. Hackensack, NJ  07601 | Final distribution to claim 2 representing a payment of 11.96 % per court order. | 7100-000 | | $4,886.93 | $0.00 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $32,000.00 | $32,000.00 |
| | Less: Bank Transfers/CD's | $0.00 | $0.00 |
| | Subtotal | $32,000.00 | $32,000.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $32,000.00 | $32,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $30,787.22 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0807 - MONEY MARKET ACCOUNT | $0.00 | $0.00 | $0.00 |
| XXXXXX0815 - CHECKING ACCOUNT | $32,000.00 | $32,000.00 | $0.00 |
| | $32,000.00 | $32,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $32,000.00 | |
| Total Gross Receipts: | $32,000.00 | |

Page Subtotals:                    $0.00         $0.00